| Caitlin Porcelli Call Log - Capital One | | |
|---|---|---|
| # | DATE/TIME | NUMBER |
| 1 | 3/18/16 AT 9:01 A.M. | 800-955-6600 |
| 2 | 3/18/16 AT 6:30 P.M. | 800-955-6600 |
| 3 | 3/19/16 AT 1:12 P.M. | 800-955-6600 |
| 4 | 3/20/16 AT 11:37 A.M. | 800-955-6600 |
| 5 | 3/21/16 AT 2:49 P.M. | 800-955-6600 |
| 6 | 3/22/16 AT 4:38 P.M. | 800-955-6600 |
| 7 | 3/23/16 AT 10:00 A.M. | 800-955-6600 |
| 8 | 3/24/16 AT 8:14 A.M. | 800-955-6600 |
| 9 | 3/24/16 AT 3:47 P.M. | 800-955-6600 |
| 10 | 3/25/16 AT 8:33 A.M. | 800-955-6600 |
| 11 | 3/25/16 AT 12:36 P.M. | 800-955-6600 |
| 12 | 3/26/16 AT 3:35 P.M. | 800-955-6600 |
| 13 | 3/28/16 AT 10:03 A.M. | 800-955-6600 |
| 14 | 3/28/16 AT 3:47 P.M. | 800-955-6600 |
| 15 | 3/29/16 AT 1:12 P.M. | 800-955-6600 |
| 16 | 3/29/16 AT 5:23 P.M. | 800-955-6600 |
| 17 | 3/30/16 AT 12:42 P.M. | 800-955-6600 |
| 18 | 3/30/16 AT 4:54 P.M. | 800-955-6600 |
| 19 | 3/31/16 AT 12:01 P.M. | 800-955-6600 |
| 20 | 3/31/16 AT 4:58 P.M. | 800-955-6600 |
| 21 | 4/4/16 AT 8:36 A.M. | 800-955-6600 |
| 22 | 4/5/16 AT 8:25 A.M. | 800-955-6600 |
| 23 | 4/6/16 AT 8:18 A.M. | 800-955-6600 |
| 24 | 4/6/16 AT 8:12 P.M. | 800-955-6600 |
| 25 | 4/7/16 AT 3:14 P.M. | 800-955-6600 |
| 26 | 4/8/16 AT 8:41 A.M. | 800-955-6600 |
| 27 | 4/8/16 AT 5:24 P.M. | 800-955-6600 |
| 28 | 4/9/16 AT 5:21 P.M. | 800-955-6600 |
| 29 | 4/10/16 AT 4:14 P.M. | 800-955-6600 |
| 30 | 4/11/16 AT 9:39 A.M. | 800-955-6600 |
| 31 | 4/11/16 AT 5:35 P.M. | 800-955-6600 |
| 32 | 4/12/16 AT 8:37 A.M. | 800-955-6600 |
| 33 | 4/13/16 AT 10:31 A.M. | 800-955-6600 |
| 34 | 4/13/16 AT 3:57 P.M. | 800-955-6600 |
| 35 | 4/14/16 AT 9:50 A.M. | 800-955-6600 |
| 36 | 4/14/16 AT 4:40 P.M. | 800-955-6600 |
| 37 | 4/15/16 AT 8:24 A.M. | 800-955-6600 |
| 38 | 4/15/16 AT 4:47 P.M. | 800-955-6600 |
| 39 | 4/15/16 AT 5:53 P.M. | 800-955-6600 |
| 40 | 4/17/16 AT 5:40 P.M. | 800-955-6600 |
| 41 | 4/18/16 AT 4:10 P.M. | 800-955-6600 |
| 42 | 4/19/16 AT 9:44 A.M. | 800-955-6600 |
| 43 | 4/19/16 AT 3:45 P.M. | 800-955-6600 |
| 44 | 4/21/16 AT 8:41 A.M. | 800-955-6600 |
| 45 | 4/22/16 AT 2:52 P.M. | 800-955-6600 |

| | | |
|---|---|---|
| 46 | 4/23/16 AT 11:44 A.M. | 800-955-6600 |
| 47 | 4/24/16 AT 11:25 A.M. | 800-955-6600 |
| 48 | 4/24/16 AT 7:21 P.M. | 800-955-6600 |
| 49 | 4/25/16 AT 10:52 A.M. | 800-955-6600 |
| 50 | 4/25/16 AT 5:19 P.M. | 800-955-6600 |
| 51 | 4/26/16 AT 9:49 A.M. | 800-955-6600 |
| 52 | 4/26/16 AT 4:23 P.M. | 800-955-6600 |
| 53 | 4/27/16 AT 2:09 P.M. | 800-955-6600 |
| 54 | 4/28/16 AT 2:29 P.M. | 800-955-6600 |
| 55 | 4/29/16 AT 8:24 A.M. | 800-955-6600 |
| 56 | 4/29/16 AT 4:04 P.M. | 800-955-6600 |
| 57 | 4/30/16 AT 9:54 A.M. | 800-955-6600 |
| 58 | 4/30/16 AT 5:50 P.M. | 800-955-6600 |
| 59 | 5/1/16 AT 5:28 P.M. | 800-955-6600 |
| 60 | 5/2/16 AT 12:32 P.M. | 800-955-6600 |
| 61 | 5/3/16 AT 2:08 P.M. | 800-955-6600 |
| 62 | 5/4/16 AT 2:08 P.M. | 800-955-6600 |
| 63 | 5/5/16 AT 2:11 P.M. | 800-955-6600 |
| 64 | 5/6/16 AT 2:32 P.M. | 800-955-6600 |
| 65 | 5/7/16 AT 10:46 A.M. | 800-955-6600 |
| 66 | 5/7/16 AT 5:29 P.M. | 800-955-6600 |
| 67 | 5/8/16 AT 4:06 P.M. | 800-955-6600 |
| 68 | 5/9/16 AT 8:23 A.M. | 800-955-6600 |
| 69 | 5/9/16 AT 3:46 P.M. | 800-955-6600 |
| 70 | 5/10/16 AT 1:05 P.M. | 800-955-6600 |
| 71 | 5/11/16 AT 8:51 A.M. | 800-955-6600 |
| 72 | 5/11/16 AT 4:22 P.M. | 800-955-6600 |
| 73 | 5/12/16 AT 11:54 A.M. | 800-955-6600 |
| 74 | 5/13/16 AT 12:52 P.M. | 800-955-6600 |
| 75 | 5/14/16 AT 9:58 A.M. | 800-955-6600 |
| 76 | 5/15/16 AT 6:33 P.M. | 800-955-6600 |
| 77 | 5/16/16 AT 9:49 A.M. | 800-955-6600 |
| 78 | 5/16/16 AT 6:18 P.M. | 800-955-6600 |
| 79 | 5/19/16 AT 11:53 A.M. | 800-955-6600 |
| 80 | 5/19/16 AT 6:35 P.M. | 800-955-6600 |
| 81 | 5/20/16 AT 8:57 A.M. | 800-955-6600 |
| 82 | 5/20/16 AT 4:01 P.M. | 800-955-6600 |
| 83 | 5/21/16 AT 9:30 A.M. | 800-955-6600 |
| 84 | 5/21/16 AT 4:00 P.M. | 800-955-6600 |
| 85 | 5/22/16 AT 12:56 P.M. | 800-955-6600 |
| 86 | 5/23/16 AT 9:55 A.M. | 800-955-6600 |
| 87 | 5/23/16 AT 5:38 P.M. | 800-955-6600 |
| 88 | 5/24/16 AT 11:43 A.M. | 800-955-6600 |
| 89 | 5/24/16 AT 4:15 P.M. | 800-955-6600 |
| 90 | 5/25/16 AT 8:42 A.M. | 800-955-6600 |
| 91 | 5/25/16 AT 1:59 P.M. | 800-955-6600 |
| 92 | 5/26/16 AT 11:50 A.M. | 800-955-6600 |

| 93 | 5/26/16 AT 5:06 P.M. | 800-955-6600 |
| 94 | 5/27/16 AT 1:53 P.M. | 800-955-6600 |
| 95 | 5/27/16 AY 7:45 P.M. | 800-955-6600 |
| 96 | 5/28/16 AT 9:56 A.M. | 800-955-6600 |