**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CAITLIN PORCELLI,					CASE NO.: 8:16-cv-02266-CEH-TGW

    Plaintiff,

vs.

CAPITAL ONE SERVICES, LLC,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, CAITLIN PORCELLI, by and through her undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, CAITLIN PORCELLI, and Defendant, CAPITAL ONE SERVICES, LLC, have come to an amicable settlement agreement.

Date: **December 14, 2016**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on December 14th, 2016.

                **BOSS LAW**

                /s/ Christopher W. Boss
                **Christopher W. Boss, Esq.**
                Fla. Bar No.: 013183
                Service Email: cpservice@protectyourfuture.com
                9887 Fourth Street North, Suite 202
                St. Petersburg, Florida 33702
                Phone: (727) 471-0039
                Fax: (888) 503-2182
                **Attorney for Plaintiff**