UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAITLIN PORCELLI,

    Plaintiff,

v.       Case No: 8:16-cv-2266-T-36TGW

CAPITAL ONE SERVICES, LLC,

    Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 19). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 19).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 17, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record